Timothy J. Walton, SBN 184292
Jim Twu, SBN 175032
WALTON TWU LLP
9515 Soquel Drive, Suite 207
Aptos, CA 95003-4137
Phone (831) 685-9800
Fax: (650) 618-8687

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREAS FALLEY, *et al.,* <br><br> Plaintiffs, <br><br> v. <br><br> QUIBIDS, LLC., *et al.*, <br><br> Defendants. | Case No. 3:16-cv-03744-JD <br><br> **PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT FLEX MARKETING GROUP, LLC** <br> (F.R.C.P. 55) |

TO: THE CLERK OF THE ABOVE ENTITLED COURT:

Plaintiffs hereby request that the Clerk of the above-entitled Court enter default in this matter, filed July 1, 2016, against Defendant FLEX MARKETING GROUP, LLC. (hereinafter "FLEX") on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure, Rule 12(a)(1)(A). Plaintiffs served the Complaint on the defendant FLEX on or about August 18, 2016, evidenced by the proof of service of summons on file with this Court. The above stated facts are set forth in the accompanying declaration of Jim Twu filed herewith.

1
2  DATED: October 19, 2016              WALTON TWU LLP
3
4                                       /s/ Jim Twu_____
                                         Jim Twu
5                                        Attorneys for Plaintiffs
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

28 **PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT FLEX MARKETING GROUP, LLC**
**Case No. 3:16-cv-03744-JD**