Timothy J. Walton, SBN 184292
Jim Twu, SBN 175032
WALTON TWU LLP
9515 Soquel Drive, Suite 207
Aptos, CA 95003-4137
Phone (831) 685-9800
Fax: (650) 618-8687

*Attorneys for Plaintiffs*
ANDREAS FALLEY and JUNG KIM

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREAS FALLEY, *et al.,* | Case No. 3:16-cv-03744-JD |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL (FLEX MARKETING GROUP LLC)** |
| v. | |
| QUIBIDS, LLC., *et al.*, | Judge: Hon. James Donato |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Andreas Falley and Jung Kim (collectively "Plaintiffs") voluntarily dismiss defendant Flex Marketing Group, LLC with prejudice.

DATED: December 7, 2016              WALTON TWU LLP

                                     /s/ Jim Twu_____
                                     Jim Twu
                                     Attorneys for Plaintiffs