Timothy J. Walton, SBN 184292
Jim Twu, SBN 175032
WALTON TWU LLP
9515 Soquel Drive, Suite 207
Aptos, CA 95003-4137
Phone (831) 685-9800
Fax: (650) 618-8687

*Attorneys for Plaintiffs*
ANDREAS FALLEY and JUNG KIM

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREAS FALLEY, *et al.,* | Case No. 3:16-cv-03744-JD |
| Plaintiffs, | **STIPULATION OF VOLUNTARY DISMISSAL (ENTIRE ACTION)** |
| v. | |
| QUIBIDS, LLC., *et al.*, | Judge: Hon. James Donato |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the plaintiffs, ANDREAS FALLEY and JUNG KIM, and the defendants, QUIBIDS, LLC and QUIBIDS HOLDINGS, LLC, that the above-captioned action, filed on July 1, 2016, be and hereby is dismissed with prejudice by plaintiff pursuant to F.R.C.P. 41(a)(1)(ii); each party to bear its own costs..

DATED: March 6, 2016                    WALTON TWU LLP


/s/ Jim Twu_____
Jim Twu
Attorneys for Plaintiffs

Case No. 3:16-cv-03744-JD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CORNERSTONE LAW GROUP

/s/ John Brown
John Brown
Attorneys for Defendants Quibids LLC and
Quibids Holdings LLC